September 26, 2008

Mr. Chad Michael Forbes
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056
Mr. David W. Holman
The Holman Law Firm, P.C.
24 Greenway Plaza, Suite 2000
Houston, TX 77046

RE: Case Number: 06-0422
 Court of Appeals Number: 13-03-00407-CV
 Trial Court Number: 01-06-15,978

Style: RELIANCE STEEL & ALUMINUM CO. AND SAMUEL ALVARADO
 v.
 MICHAEL SEVCIK AND CATHY LOTH

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause. Respondents' Motion to Strike
Petitioners' Brief on the Merits is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Pat |
| |Spadachene |